ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
GARY P. GROSS, Principal Deputy County Counsel
(SBN 172749) • *ggross@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1920 · Fax: (213) 626-2105

Attorneys for COUNTY OF LOS ANGELES, BRET BINDER and MICHAEL BURNELL

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEE FINNEY & CHRISTOPHER LEE FINNEY, GUARDIAN Ad LITEM on behalf of ELIJAH LEE FINNEY, a minor, & J'LAN FINNEY, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a Municipal Corporation; DEPUTY BRET BINDER; DEPUTY M. BURNELL AND DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | CASE NO. CV10-3726 JFW (SSx)<br><br>**ORDER RE: DISMISSAL** |

The Court having read and considered the Stipulation for Dismissal executed by counsel for Plaintiff and Defendant, this action is ordered dismissed with prejudice. Each party is to bear its own costs and attorneys fees.

IT IS SO ORDERED.

Dated: July 2, 2010

_____
The Honorable John F. Walter
United States District Court Judge

HOA.713244.1